No. 63770.—De Luca Importing Co., Inc. v. United States, protest 58/10165 (Los Angeles).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 63771.—The Danwill Co. v. United States, protest 58/16286 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

No. 63772.—Frederik Lunning, Inc. v. United States, protest 59/25423 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.